# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DEALER COMPUTER SERVICES, INC. f/k/a
FORD DEALER COMPUTER SERVICES, INC.,

      Plaintiff,

Case No. 06-CV-50836-DT

v.

FLATLAND FORD LINCOLN MERCURY, INC.,

      Defendant.
      _____/

## JUDGMENT

Pursuant to the court's order of February 5, 2007, IT IS ORDERED that judgment is AWARDED for Plaintiff against Defendant in the amount of $369,018.81, exclusive of interest.

                       S/Robert H. Cleland
                       ROBERT H. CLELAND
                       UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 6, 2007, by electronic and/or ordinary mail.

                       S/Lisa Wagner
                       Case Manager and Deputy Clerk
                       (313) 234-5522